IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ESPARZA, | : CIVIL ACTION NO. 3:25-CV-18 |
| Petitioner | : (Judge Neary) |
| v. | : |
| WARDEN USP-ALLENWOOD, | : |
| Respondent | : |

**ORDER**

AND NOW, this 16th day of January, 2026, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED WITH PREJUDICE.

2. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania